IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CONNECTICUT GENERAL LIFE INSURANCE                    PLAINTIFF
COMPANY

VS.                    Case No. 4:11-CV-4045

PATSY J. BOOKER and BETTY MAY                         DEFENDANT


### ANSWER TO COMPLAINT FOR INTERPLEADER AND OTHER RELIEF

COMES NOW, Betty May and for her response to the Complaint for Interpleader and other Relief states:

1. Betty May admits the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 13, 14, and 16.

2. Betty May denies the allegations in paragraphs 9 and 17.

3. Betty May is without sufficient information to either admit or deny the allegations in paragraphs 12, 15, and 17.

4. Betty May avers that she is the proper beneficiary of the benefits that are at issue in the litigation.

WHEREFORE, Betty May prays that this Court enter a Judgment finding her to be the beneficiary of the insurance benefits from the Plaintiff and for all other relief to which she may be entitled.

Respectfully Submitted,


BY: /s/ Jim Jackson
Jim Jackson
AR Bar No. 93209
Patton Roberts, PLLC
111 Center Street; Suite 1315
Little Rock, AR 72201
(501) 372-3480


## CERTIFICATE OF SERVICE

I, Jim Jackson, hereby certify that a copy of the above and foregoing pleading was served on the attorneys of record via the CM/ECF system on this 19th day of October, 2011.


/s/ Jim Jackson
Jim Jackson